IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-01011-WJM-KLM

WAYNE HORNADAY, on behalf of himself and all similarly situated persons,

    Plaintiff,

v.

MOUNTAIN STATES CASING COMPANY, LLC, a Colorado limited liability company, and TIMOTHY MCNEAR,

    Defendants

---

**STIPULATED ORDER**

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

    Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

1

*s/Brian D. Gonzales*

Brian D. Gonzales
THE LAW OFFICES OF BRIAN D. GONZALES, PLLC
123 North College Avenue, Suite 200
Fort Collins, Colorado 80524
Telephone: (970) 212-4665
Facsimile: (303) 539-9812
BGonzales@ColoradoWageLaw.com

*s/Christopher M. Leh*

Christopher M. Leh
LEH LAW GROUP, LLC
12303 Airport Way, Suite 200
Broomfield, CO 80021
Telephone: (303) 327-1415
CLeh@LehLawGroup.com

**SO ORDERED** 30
Dated: July 29, 2015

Hon. Kristen L. Mix
United States Magistrate Judge