IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01011-WJM-KLM

WAYNE HORNADAY, on behalf of himself and all similarly situated persons,

    Plaintiff,

v.

MOUNTAIN STATES CASING COMPANY, LLC, a Colorado limited liability company, and TIMOTHY MCNEAR,

    Defendants.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Protective Order [#35]**[1], which was filed as a motion (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#35] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Stipulated Protective Order [#35] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated: October 13, 2015

---

[1] "[#35]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.